UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 15-62724-CIV-MORENO**

HARVEY JACKSON,

      Plaintiff,

vs.

STANLEY STEEMER INTERNATIONAL, INC.,

      Defendant.

_____/

## NOTICE OF COURT PRACTICE IN FLSA CASES

THIS CAUSE came before the Court upon a *sua sponte* examination of the record. The Court notes that this is a Fair Labor Standards Act case in which the Plaintiff seeks unpaid wages. To assist the Court in the management of the case, the Plaintiff shall file a <u>short</u> statement of claim setting forth the total amount of alleged unpaid wages, the calculation of such wages (number of hours multiplied by the rate of pay along with corresponding dates such wages such wages were earned), and the nature of the wages (e.g. minimum or overtime) no later than **January 27, 2016**. The calculation must be set forth in the form of an easily readable chart. The statement <u>must</u> set out the total amount of unpaid wages along with the amount of attorney's fees (hours and rate) incurred to date. The Plaintiff shall promptly serve a copy of the statement to the Defendant's counsel when counsel first appears for the Defendant in the case or at the time of filing if Defendant's counsel has already appeared in this case. Defendant shall file a corresponding statement within fifteen days of receiving service of the Plaintiff's statement providing its own chart of the wages paid during the same corresponding time periods. These statements <u>must</u> <u>not</u> contain any argument or citation to authority.

2

No later than <u>five</u> days after the close of discovery, Plaintiff shall file an amended statement of claim including the information set forth in the preceding paragraph. Defendant may respond to the amended statement of claim within five days of Plaintiff's filing. Failure to comply with this order may result in dismissal of the case without prejudice. *See* S.D. Fla. L.R. 16.1(B)(6); 16.1(M).

DONE AND ORDERED in Chambers at Miami, Florida, this ___5___ of January 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record